## Commonwealth *v.* Nash, Appellant.

Argued March 26, 1973. *Neil E. Jokelson,* with him *Mitchell S. Lipschutz,* for appellant; *Albert L. Becker,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.